**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 1:07 CR 433** |
| | ) | |
| **PLAINTIFF** | ) | **JUDGE PETER C. ECONOMUS** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **LEON LYLE,** | ) | **ORDER ACCEPTING PLEA** |
| | ) | **AGREEMENT AND JUDGMENT** |
| | ) | |
| **DEFENDANT** | ) | |

On March 6, 2008, United States Magistrate Judge George J. Limbert issued a Report and Recommendation (Dkt. # 37) regarding the Defendant's plea hearing, which was referred to the Magistrate Judge with the consent of the parties.

On August 16, 2007, the Government filed an indictment against Leon Lyle (Dkt. # 13). On March 5, 2008, the Magistrate Judge held a hearing where the Defendant entered a plea of guilty to Count 1, possession with intent to distribute cocaine base, in violation of 21 U.S.C. § 841 (a)(1) and (b)(1)(B). The Magistrate Judge received the Defendant's guilty plea and issued a Report and Recommendation ("R&R") recommending that this Court accept the plea and enter a finding of guilty (Dkt. # 37).

Neither party objected to the Magistrate Judge's R&R in the ten days after it was issued.

On *de novo* review of the record, the Magistrate Judge's R&R is adopted. The Defendant was found competent to enter a plea. The Defendant understood her constitutional rights. She is aware of the consequences of entering a plea. There is an adequate factual basis for the plea. The Court finds that the plea was entered knowingly, intelligently, and voluntarily. The Defendant's plea of guilty is approved.

Therefore, the Defendant is adjudged guilty of Count 1 in violation of 21 U.S.C. § 841 (a)(1) and (b)(1)(B). The sentencing will be held on June 18, 2008 at 10:30 a.m.

**IT IS SO ORDERED.**

    **/s Peter C. Economus    June 13, 2008**
**PETER C. ECONOMUS**
**UNITED STATES DISTRICT JUDGE**